UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Margaret Hussein
          Plaintiff,

v.           Case No.: 1:18−cv−04400
          Honorable Steven C. Seeger

Dynamic Recovery Solutions, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Final approval hearing held for a proposed class settlement on January 8, 2020. For the reasons stated in open court, the Unopposed Motion for Final Approval of Class Action Settlement Agreement (Dckt. No. [78]) is hereby granted. The Court finds that the proposed settlement class satisfies the requirements of Rules 23(a) and 23(b). See Amchem Productions, Inc. v. Windsor, 117 S.Ct. 2231 (1997). The Court also finds that the class members received adequate notice as required by Rule 23(e)(1), and that the proposed class settlement is fair, reasonable, and adequate under Rule 23(e)(2). Counsel reported that, as of the day of the hearing, 320 class members had submitted valid claim forms. The Court finds that all 320 class members shall share in the distribution of the settlement proceeds on a pro rata basis. As previously ordered (Dckt. No. [77]), the costs of the supplemental mailing ($2,927.07) shall be deducted from the Class Recovery of $130,000. Class Counsel's Motion for Approval of Fees and Costs (Dckt. No. [80]) is hereby granted. The Court finds that the proposed award of attorneys' fees and costs is reasonable under Rule 23(h). Counsel shall submit an updated Word version of a proposed final judgment to the Court's proposed order inbox by January 9, 2020. As explained at the hearing, the Court authorizes Defendant to make payment to the named plaintiff through plaintiff's counsel. That is, for the payment to the named class representative (only), Defendant does not have to pay the claims administrator in the first instance. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.